UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**LAJOAQUIN ARCENEAUX,**

               **Plaintiff,**

     -v-

**CAINE & WEINER CO INC,**

               **Defendant.**

Civil Case Number:  6:21-cv-01489-RRS-CBW

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       September 21, 2021


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

/s/ Jonathan Forrest Raburn
Jonathan Forrest Raburn
Raburn Law Firm
4005 Nicholson Drive, Suite 4610
Baton Rouge, LA 70808
Tel: (318) 918-1968
Email: jonathan@geauxlaw.com

*Attorneys for Plaintiff*